ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Ameresco Select, Inc. | ) ASBCA No.   62441 |
| | ) |
| Under Contract No.   N47408-99-F-4117 | ) |

APPEARANCE FOR THE APPELLANT:        Ron R. Hutchinson, Esq.
                                                                Doyle & Bachman LLP
                                                                Arlington, VA

APPEARANCES FOR THE GOVERNMENT:  Craig D. Jensen, Esq.
                                                                Navy Chief Trial Attorney
                                                              Jacquelyn K. Wright, Esq.
                                                                Trial Attorney
                                                                Port Hueneme, CA

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  August 19, 2020

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62441, Appeal of Ameresco Select, Inc., rendered in conformance with the Board's Charter.

Dated: August 19, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals